

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SNOSWELL DESIGN PTY, LTD<br>Plaintiff | * <br> * <br> * | CIVIL ACTION NO. 02-2121 |
| VERSUS | * <br> * | SECTION: T |
| DIGIMATION, INC<br>Defendant | * <br> * <br> * | MAGISTRATE DIV. "1" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

### MOTION FOR ORAL ARGUMENT

Now into court comes non-party Turbo Squid, Inc., through undersigned counsel, and requests that this Court grant oral argument on defendant Digimation, Inc.'s <u>Motion to Compel Compliance With Subpoena *Duces Tecum*</u>. Oral argument is essential so that this Court may more fully understand the issues involved in Digimation's attempt to compel discovery from a non-party without having attempted to discover the exact same documents from the plaintiff in this matter.

Respectfully submitted,

| CERTIFICATE OF SERVICE |
|---|
| I do hereby certify that I have on this 11th day of March, 2003 served a copy of the foregoing pleading on counsel for all parties to this proceeding, by ___ depositing it in the United States mail, properly addressed, and first class postage prepaid, ___ by hand delivery or ✓ by facsimile.<br><br>*Suzanne Lacey Wisdom*<br>Suzanne Lacey Wisdom |

**SUZANNE LACEY WISDOM (#25746)**
1115 Henry Clay Avenue
New Orleans, LA 70118
Telephone: (504) 895-6970
swisdom@bellsouth.net

BY: *Suzanne Lacey Wisdom*
SUZANNE LACEY WISDOM